IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:  
Carl Bernette Hatten,  
    Debtor.

CHAPTER 7

CASE NO. 20-72894-JWC

### AFFIDAVIT OF DEBTOR

I, the undersigned, hereby swear and affirm to the best of my knowledge, information and belief that:

I have not filed a tax return since 2017.

Executed on this 9th day of February, 2021.

_/s/_  
Carl Bernette Hatten



Sworn to and subscribed before me

this 9th day of february, 2021.

_/s/_  
Notary Public

Penalty for making a false statement or concealing property:  
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§152 and 3571.